IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SASHA BYRD, as next friend of a minor child, and JANICE WHITMORE,<br><br>　　　　　Plaintiffs,<br>v.<br><br>WARDEN ANNETTIA TOBY, et al.,<br><br>　　　　　Defendants. | *<br>*<br>*　Case No.　5:21-cv-00293-TES<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 2, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of November, 2021.

　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　　s/ Tydra Miller, Deputy Clerk